Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13575−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brenda L. Moran
  2 Pike Avenue
  Millville, NJ 08332−4126

Social Security No.:
  xxx−xx−1282

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 11, 2022.

Dated: August 11, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brenda L. Moran  
    Debtor

Case No. 22-13575-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 11, 2022      Form ID: plncf13      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brenda L. Moran, 2 Pike Avenue, Millville, NJ 08332-4126 |
| 519572002 | Village Capital and Investment, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 20:30:31 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519646985 | + | Email/Text: g20956@att.com | Aug 11 2022 20:32:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519653614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 20:30:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519571995 | + | Email/Text: bankruptcy@credencerm.com | Aug 11 2022 20:32:00 | Credence Resource Managememt, 17000 Dallas Pkwy, Dallas, TX 75248-1940 |
| 519571996 | | Email/Text: bknotice@ercbpo.com | Aug 11 2022 20:32:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519571997 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2022 20:32:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519624687 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2022 20:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519571998 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2022 20:32:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519571999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 20:41:02 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 519572000 | | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 20:30:30 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519573619 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 20:30:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519572001 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 20:40:56 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |

Case 22-13575-ABA    Doc 19    Filed 08/13/22    Entered 08/14/22 00:15:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: plncf13 | Total Noticed: 19 |

| 519572003 | Email/Text: admaas@villagecapital.com | | |
|---|---|---|---|
| | | Aug 11 2022 20:31:00 | Village Capital and Investment, 2550 Paseo Verde Pkwy Ste 100, Henderson, NV 89074-7129 |
| 519572004 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 11 2022 20:40:57 | Wells Fargo Bank N.A., PO Box 14517, Des Moines, IA 50306-3517 |
| 519636100 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Aug 11 2022 20:40:59 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519633558 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519644063 | *P++ | VILLAGE CAPITAL, ATTN ADAM MAAS, 2550 PASEO VERDE PARKWAY SUITE100, HENDERSON NV 89074-7129, address filed with court:, Village Capital & Investment, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Brenda L. Moran moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4