Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-13575 (ABA)

Brenda L. Moran  
2 Pike Avenue  
Millville, NJ  08332-4126

Monthly Payment: $254.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/20/2022 | $240.00 | 08/04/2022 | $240.00 | 08/11/2022 | $240.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRENDA L. MORAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $2,550.00 | $659.52 | $1,890.48 | $0.00 |
| 1 | CREDENCE RESOURCE MANAGEMEMT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ENHANCED RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,229.87 | $0.00 | $1,229.87 | $0.00 |
| 4 | MIDLAND FUNDING, LLC | 33 | $70.17 | $0.00 | $70.17 | $0.00 |
| 5 | SEARS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $2,659.61 | $0.00 | $2,659.61 | $0.00 |
| 8 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | VILLAGE CAPITAL & INVESTMENT | 24 | $10,688.27 | $0.00 | $10,688.27 | $0.00 |
| 10 | VILLAGE CAPITAL AND INVESTMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 33 | $2,516.49 | $0.00 | $2,516.49 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AT&T MOBILITY II, LLC | 33 | $3,535.07 | $0.00 | $3,535.07 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2022 | 2.00 | $0.00 |
| 08/01/2022 | Paid to Date | $480.00 |
| 09/01/2022 | 56.00 | $254.00 |
| 05/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $720.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $776.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**