UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-13575 |
| Brenda L. Moran | Chapter: | 13 |
| | Judge: | ABA |

### NOTICE OF PROPOSED PRIVATE SALE

_____Brenda L. Moran_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton, Clerk
U.S. Bankruptcy Court
401 Market St.
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg_____ on _____1/2/2024_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __B__, _____401 Market St., Camden, NJ 08101_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  2 Pike Avenue
Millville, NJ 08332

Proposed Purchaser:  Tiffany and Jessica Donelson

Sale price:  $187,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Aida Lopez, Listing Agent/Broker
Amount to be paid:  3% of sales price ($5,610.00)
Services rendered:  finding a buyer and all normal realtor/broker services associated with selling a property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Moshe Rothenberg, Esq.

Address: 880 E. Elmer Road, Vineland, NJ 08360

Telephone No.: (856) 236-4374

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13575-ABA |
| Brenda L. Moran | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 01, 2023 | Form ID: pdf905 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brenda L. Moran, 2 Pike Avenue, Millville, NJ 08332-4126 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 20:57:43 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519646985 | + | Email/Text: g20956@att.com | Dec 01 2023 20:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519653614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 21:09:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519571995 | + | Email/Text: bankruptcy@credencerm.com | Dec 01 2023 20:53:00 | Credence Resource Managememt, 17000 Dallas Pkwy, Dallas, TX 75248-1940 |
| 519572002 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 01 2023 20:52:00 | Village Capital and Investment, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519571996 | | Email/Text: bknotice@ercbpo.com | Dec 01 2023 20:52:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519571997 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 01 2023 20:53:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519624687 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2023 20:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519571998 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2023 20:52:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519571999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 21:09:37 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 519572000 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 20:58:06 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519573619 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 20:58:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519572001 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 22-13575-ABA   Doc 30   Filed 12/03/23   Entered 12/04/23 00:16:27   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: pdf905 | Total Noticed: 19 |

| Recip ID | Notice Method | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 01 2023 20:58:16 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519572003 | Email/Text: bk@villagecapital.com | | Dec 01 2023 20:52:00 | Village Capital and Investment, 2550 Paseo Verde Pkwy Ste 100, Henderson, NV 89074-7129 |
| 519572004 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Dec 01 2023 21:09:23 | Wells Fargo Bank N.A., PO Box 14517, Des Moines, IA 50306-3517 |
| 519636100 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Dec 01 2023 20:58:46 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519633558 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519644063 | *P++ | VILLAGE CAPITAL, ATTN ADAM MAAS, 2550 PASEO VERDE PARKWAY SUITE100, HENDERSON NV 89074-7129, address filed with court:, Village Capital & Investment, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Debtor Brenda L. Moran moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5