Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–13575–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brenda L. Moran
2 Pike Avenue
Millville, NJ 08332–4126

Social Security No.:
xxx–xx–1282

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

2 Pike Avenue, Millville, NJ 08332.

Dated: December 27, 2023
JAN: lgr

Jeanne Naughton
Clerk