| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)  Moshe Rothenberg, Esq. Attorney at Law 880 E. Elmer Road Vineland, New Jersey 08360 Phone: (856) 236-4374 Fax: (856) 405-6769 Attorney for Debtor(s) | Order Filed on January 8, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:  Brenda L. Moran | Case No.: 22-13575  Hearing Date: 1/2/2024 @ 10:00 a.m.  Chapter: 13  Judge: Andrew B. Altenburg |

## AMENDED ORDER AUTHORIZING SALE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 8, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as 2 Pike Avenue, Millville, NJ 08332 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore, the following professional(s) may be paid at closing.

---

Name of professional: Aida Lopez, Listing Agent/Broker

Amount to be paid: 3% of sales price = $5,610.00

Services rendered: finding a buyer and all normal realtor/broker services associated with selling a property


Name of professional: Susanna Philippoussis, Participating Agent

Amount to be paid: 3% of sales price = $5,610.00

Services rendered: All normal realtor services associated with buying a property

---

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $27,900.00 claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

a. Upon entry of this order approving the sale, this transaction may close immediately and without the need to wait 10 days, as provided by Bankruptcy Rule 6004 (h).