Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13575−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda L. Moran
   2 Pike Avenue
   Millville, NJ 08332−4126

Social Security No.:
   xxx−xx−1282

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/24/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 24, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13575-ABA |
| Brenda L. Moran | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: 148 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Brenda L. Moran, 2 Pike Avenue, Millville, NJ 08332-4126 |
| r | + | Aida Lopez, Tesla Realty Group LLC, 560 Stokes Rd, #10B, Medford, NJ 08055-2918 |
| 519573619 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jun 25 2024 00:40:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519646985 | + | EDI: ATTWIREBK.COM | Jun 25 2024 00:40:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519653614 | | EDI: CITICORP | Jun 25 2024 00:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519571995 | + | Email/Text: bankruptcy@credencerm.com | Jun 24 2024 20:52:00 | Credence Resource Managememt, 17000 Dallas Pkwy, Dallas, TX 75248-1940 |
| 519572002 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 24 2024 20:51:00 | Village Capital and Investment, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519571996 | | Email/Text: bknotice@ercbpo.com | Jun 24 2024 20:52:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519571997 | | EDI: JEFFERSONCAP.COM | Jun 25 2024 00:40:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519624687 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519571998 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2024 20:51:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519571999 | | EDI: CITICORP | Jun 25 2024 00:40:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 519572000 | | EDI: SYNC | | |

| Recip ID | Bypass Info | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 25 2024 00:40:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519573619 | ^ | MEBN | | |
| | | | Jun 24 2024 20:48:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519572001 | EDI: CITICORP | | | |
| | | | Jun 25 2024 00:40:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519572003 | Email/Text: bk@villagecapital.com | | | |
| | | | Jun 24 2024 20:51:00 | Village Capital and Investment, 2550 Paseo Verde Pkwy Ste 100, Henderson, NV 89074-7129 |
| 519572004 | EDI: WFFC2 | | | |
| | | | Jun 25 2024 00:40:00 | Wells Fargo Bank N.A., PO Box 14517, Des Moines, IA 50306-3517 |
| 519636100 | EDI: WFFC2 | | | |
| | | | Jun 25 2024 00:40:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519633558 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519644063 | *P++ | VILLAGE CAPITAL, ATTN ADAM MAAS, 2550 PASEO VERDE PARKWAY SUITE100, HENDERSON NV 89074-7129, address filed with court:, Village Capital & Investment, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Debtor Brenda L. Moran moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1     User: admin     Page 3 of 3
Date Rcvd: Jun 24, 2024     Form ID: 148     Total Noticed: 20
TOTAL: 5